# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**JAMES PERKINS**                                                                                            **PLAINTIFF**
**ADC #152120**

**v.**                              **Case No.: 1:14-cv-00115 KGB**

**DAVID JONES** *et al.*                                                                                **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered today, plaintiff James Perkins's complaint is dismissed without prejudice.  The relief sought is denied.

SO ADJUDGED this 22nd day of September, 2015.

_____
Kristine G. Baker
United States District Judge